UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOEL T H NORTON,<br><br>               Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | Case No. C24-5098 RSM<br><br>**ORDER AMENDING THE SCHEDULING ORDER** |

Based on Defendant's Unopposed Motion to Amend the Scheduling Order, and without opposition from Plaintiff's counsel, it is hereby ORDERED that the Scheduling Order (Dkt. No 7) shall be amended as follows:

- Defendant shall have up to and including July 15, 2024, to file its responsive brief; and

- Plaintiff shall have up to and including July 29, 2024, to file the optional reply brief.

DATED this 11th day of June, 2024.

Ricardo S. Martinez
United States District Judge

ORDER AMENDING THE SCHEDULING ORDER - 1