UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOEL T H NORTON,

            Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.

Case No. C24-5098 RSM

**ORDER FURTHER AMENDING THE SCHEDULING ORDER**

Based on Defendant's Unopposed Motion to Further Amend the Scheduling Order, and without opposition from Plaintiff's counsel, it is hereby ORDERED that the Scheduling Order shall be further amended as follows:

- Defendant shall have up to and including July 29, 2024, to file its responsive brief; and

- Plaintiff shall have up to and including August 12, 2024, to file the optional reply brief.

DATED this 16th day of July, 2024.

Ricardo S. Martinez
United States District Judge

ORDER FURTHER AMENDING
THE SCHEDULING ORDER - 1